```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


STEVEN R. KINCAID,
     Plaintiff,              )
                             )
  V                          )
                             )   CA 04- 11522-JLT - WY
BANK OF AMERICA CORP.        )
     Defendant.              )
```

ORDER

JULY 20, 2004

TAURO, J.,

I hereby recuse myself from this case in order to avoid a potential conflict of interest.

See 28 U.S.C. Sec. 455(b)(4).

_____
United States District Judge