UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
NO. 04 CV 11522 (JLT)

| | |
|---|---|
| STEVEN R. KINCAID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 04 cv 11522 WGY |
| ) | |
| BANK OF AMERICA CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO TRANSFER VENUE

NOW COMES Defendant, Bank of America Corporation ("Bank of America"), by counsel, pursuant to 28 U.S.C. § 1404, and moves this Court to transfer this action to the United States District Court for the Western District of North Carolina. In support thereof, Defendant submits the attached Memorandum in Support of Motion to Transfer, the Affidavit of Sheila K. Burroughs, and the Affidavit of Steven T. Ackermann.

This 13th day of September 2004.

George P. Kostakos (Bar No. 557919)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
Phone: 404.528.5864
Fax:    401.276.6611

**Attorneys for Defendant Bank of America, N.A.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "MOTION TO TRANSFER VENUE" has been served by first-class mail, postage prepaid, upon the attorney for the Plaintiff at the address listed below:

> John B. Harkavy, Esq.
> Bernkopf Goodman LLP
> 125 Summer Street, Suite 1300
> Boston, Massachusetts 02110
>
> Deborah Martin Norcross, Esq.
> 60 Marion Road West
> Princeton, New Jersey 08540

This the 13th day of September, 2004.

*[signature]*
George P. Kostakos