


Home · Locations · Contact Us · Help · Sign In

Search

Facts About the Corporation



Overview

# US Map

## U.S. Franchise



**States that contain both Bank of America banking centers and ATMs as of July 2004**

|  | Banking Centers | ATMs | Market Position |
|---|---|---|---|
| Arizona | 155 | 641 | 2 |
| Arkansas | 55 | 140 | 3 |
| California | 965 | 4,049 | 1 |
| Connecticut | 183 | 361 | 1 |
| Dist. of Columbia | 31 | 91 | 3 |
| Florida | 737 | 1,417 | 1 |

| | | | |
|---|---:|---:|---:|
| Georgia | 247 | 667 | 3 |
| Idaho | 20 | 58 | - |
| Illinois | 36 | 247 | - |
| Iowa | 15 | 31 | - |
| Kansas | 63 | 155 | 2 |
| Maine | 42 | 72 | 3 |
| Maryland | 190 | 535 | 1 |
| Massachusetts | 303 | 1,325 | 1 |
| Missouri | 153 | 424 | 2 |
| Nevada | 78 | 309 | 3 |
| New Hampshire | 35 | 86 | - |
| New Jersey | 451 | 682 | 1 |
| New Mexico | 54 | 220 | 2 |
| New York | 345 | 769 | - |
| North Carolina | 211 | 557 | 2 |
| Oklahoma | 45 | 158 | - |
| Oregon | 85 | 214 | - |
| Pennsylvania | 124 | 156 | - |
| Rhode Island | 48 | 110 | 2 |
| South Carolina | 129 | 391 | 2 |
| Tennessee | 91 | 272 | - |
| Texas | 485 | 1,918 | 2 |
| Virginia | 198 | 436 | - |
| Washington | 237 | 796 | 1 |

Home · Privacy & Security · Careers · Site Map


Official Sponsor 2004-2008 U.S. Olympic Teams

Bank of America, N.A. Member FDIC. Equal Housing Lender 
© 2004 Bank of America Corporation. All rights reserved.