UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
STEVEN R. KINCAID,                      )
                    Plaintiff,          )
                                        )
v.                                      )          Civil Action No. 04-CV-11522 (WGY)
                                        )
BANK OF AMERICA                         )
                    Defendant.          )
_____)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

          The undersigned counsel hereby notifies this Court and counsel for all parties of his

appearance in the above-captioned action on behalf of STEVEN R. KINCAID.


                              Respectfully submitted,
                              STEVEN R. KINCAID
                              By his attorneys,


                              /s/ Bruce D. Levin
                              Bruce D. Levin, Esquire,
                              Bernkopf, Goodman LLP
                              125 Summer Street, Suite 1300
                              Boston, Massachusetts 02110
                              Telephone:     (617) 790-3000
                              Facsimile:     (617) 790-3300

Dated: September 27, 2004

CERTIFICATE OF SERVICE

I, John B. Harkavy, do hereby certify that I caused to be served the 27th day of September 2004, **Bruce Levin's Notice of Appearance, Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Transfer Venue and Supporting Affidavits** upon the following, by federal express:

George Kostakos
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

/s/ John B. Harkavy