UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
NO. 04 CV 11522 (JLT)

| | |
|---|---|
| STEVEN R. KINCAID, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| BANK OF AMERICA CORPORATION, | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

The undersigned counsel hereby notifies this Court and counsel for all parties of their appearance in the above-captioned action on behalf of BANK OF AMERICA CORPORATION.

Respectfully submitted,

/s/ Melanie L. Glickson
George P. Kostakos (Bar No. 557919)
Melanie L. Glickson (Bar No. 652565)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
Phone: 404.528.5864
Fax:    401.276.6611

**Attorneys for Bank of America, N.A.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "Notice of Appearance" has been served via electronic mailing to:

> John B. Harkavy, Esq.
> Bernkopf Goodman LLP
> 125 Summer Street, Suite 1300
> Boston, Massachusetts 02110

The undersigned hereby certifies that a copy of the foregoing "Rule 7.1 Certification" has been served via first class-mail, postage pre-paid to:

> Deborah Martin Norcross, Esq.
> 60 Marion Road West
> Princeton, New Jersey 08540

This the 28th day of September, 2004.

/s/ Melanie L. Glickson
Melanie L. Glickson