UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN R. KINCAID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-CV-11522 (WGY) |
| ) | |
| BANK OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

    Please enter the appearance of Deborah Martin Norcross on befall of Plaintiff, Steven R. Kincaid.

    /s/   Deborah Martin Norcross
Deborah Martin Norcross
60 Marion Road West
Princeton, New Jersey 08540
Phone:  (609) 279-0191
Fax:     (609) 279-0526

Dated: November 15, 2004

**CERTIFICATE OF SERVICE**

I, John B. Harkavy, do hereby certify that I caused to be served this 15th day of November 2004, the Notice of Appearance of Deborah Martin Norcross via first class mail upon the following:

**Melanie L. Glickson**
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
401-528-5836
888-325-9150 (fax)
mglickson@edwardsangell.com

**George P Kostakos**
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
401-528-5864
888-325-9573 (fax)
gkostakos@EdwardsAngell.com

　　　　　　　　　　　　　　　　　　　　／s／   John B. Harkvy
　　　　　　　　　　　　　　　　　　　　John B. Harkavy