UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN R. KINCAID,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA,<br><br>        Defendant. | Case No. 04-CV-11522 (WGY) |

### MOTION FOR ADMISSION OF DEBORAH MARTIN NORCROSS TO PRACTICE *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3(b) UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

John B. Harkavy, a member of the bar of the United States District Court for the District of Massachusetts, currently appearing in this case as counsel to Plaintiff, Steven R. Kincaid, moves for an entry of an order authorizing Deborah Martin Norcross to practice *Pro Hac Vice* before the United States District Court for the District of Massachusetts to represent the Plaintiff in the above proceedings pursuant to Local Rule 83.5.3.(b). In support thereof, attached as Exhibit "A" is the Certification of Deborah Martin Norcross and a Certificate of Good Standing issued by the Supreme Court of New Jersey.

Respectfully Submitted,

_____
John B. Harkavy, Esq. (BBO# 541900)
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone: (617) 790-3000
Facsimile: (617) 790-3300

Dated: November 12, 2004

#301490 v1/38027/1