UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB 11 P 1: 44
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEVEN R. KINCAID,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA,<br><br>    Defendant. | Civil Action No. 04-11522-WGY |

NOTICE OF APPEARANCE

To the Clerk and All Counsel of Record:

PLEASE TAKE NOTICE of my appearance as counsel for the plaintiff Steven R. Kincaid.

Dated: February 9, 2005

_____
David J. Fine, BBO No. 165120
Law Offices of David J. Fine
3 Center Plaza, Suite 400
Boston, MA 02108-2003
Telephone: (617) 720-2941
Telecopier: (617) 720-0987
E-mail: dvdfine@aol.com

Attorney for Plaintiff

## Certificate of Service

      I hereby certify that I have served the foregoing by causing true copies thereof to be telecopied and mailed, first class postage prepaid, to: George P. Kostakos, Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903, attorney for defendant; John P. Harkavy, Bernkopf Goodman LLP, 125 Summer Street, Suite 1300, Boston, MA 02110, predecessor attorney for plaintiff; and Deborah Martin Norcross, Law Offices of Deborah Martin Norcross LLC, 60 Marion Road West, Princeton, New Jersey 08540, predecessor attorney for plaintiff.

Dated: February 9, 2005

_____
David J. Fine