UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 11 P 1: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEVEN R. KINCAID, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-CV-11522 (WGY) |
| BANK OF AMERICA, | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF JOHN B. HARKAVY AND DEBORAH MARTIN NORCROSS

TO THE CLERK OF COURT AND ALL COUNSEL OF RECORD:

A potential conflict of interest having become known after Defendant identified its Employment Practices Liability Insurance carrier, and Plaintiff having been unable to obtain a waiver of that potential conflict, the undersigned counsel for Plaintiff notify this Court and Counsel of Record for Defendant of their withdrawal from the above-captioned action effective immediately. New counsel is entering an appearance for Plaintiff Steven R. Kincaid.

Respectfully submitted
Steven R. Kincaid
By his attorneys,

John B. Harkavy, Esquire, BBO #541900   (w/ permission)
Bernkopf Goodman LLP
125 Summer Street, 13th floor
Boston, Massachusetts 02110
Phone: (617) 790-3000
Fax:    (617) 790-3300

                                                                               _____
Deborah Martin Norcross, Esquire, *pro hac vice*
Law Offices of Deborah Martin Norcross LLC
60 Marion Road West
Princeton, New Jersey 08540
Phone:  (609) 279-0191
Fax:      (609) 279-0526

Dated:  January 26, 2005