UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
NO. 04 CV 11522 (JLT)

| | |
|---|---|
| STEVEN R. KINCAID, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BANK OF AMERICA CORPORATION, | ) |
| Defendant. | ) |

**CERTIFICATE OF STEVEN T. ACKERMANN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*
AS CO-COUNSEL FOR DEFENDANT
BANK OF AMERICA CORPORATION**

I, Steven T. Ackermann, on oath depose and state as follows:

1. I am an attorney licensed to practice law in the State of North Carolina. I am an associate in the law firm of McGuire Woods, LLP, resident in its office located at 100 North Tryon Street, Suite 2900, Charlotte, NC 28202-4011.

2. I was admitted to the Bar of the State of North Carolina in 2002, the U.S.D.C. for the Western District of North Carolina in 2002, the U.S.D.C. for the Eastern District of North Carolina in 2002, and the U.S.D.C. for the Middle District of North Carolina in 2004.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

- 2 -

5. I have been provided with a copy of, and am familiar with, the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 11th day of March 2005.

Steven T. Ackermann
McGuire Woods LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, NC 28202-4011