UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
NO. 04 CV 11522 (JLT)

|  |  |
|---|---|
| STEVEN R. KINCAID, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BANK OF AMERICA CORPORATION, | ) |
| Defendant. | ) |

**CERTIFICATE OF RICHARD F. KANE
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*
AS CO-COUNSEL FOR DEFENDANT
<u>BANK OF AMERICA CORPORATION</u>**

I, Richard F. Kane, on oath depose and state as follows:

1. I am an attorney licensed to practice law in the State of North Carolina. I am a partner in the law firm of McGuire Woods, LLP, resident in its office located at 100 North Tryon Street, Suite 2900, Charlotte, NC 28202-4011.

2. I was admitted to the Bar of the State of North Carolina in 1973, the United States Supreme Court in 1980, the United States Court of Appeals for the 4th Circuit in 1974, the United States Court of Appeals for the 5th Circuit in 1995, United States of Appeals for the 6th Circuit in 1985, the United States District Court for the Eastern District of North Carolina in 1998, the United States District Court for the Western District of North Carolina in 1974, and the United States District Court for the Middle District of North Carolina in 1988.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

- 2 -

4.   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.   I have been provided with a copy of, and am familiar with, the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this __11__ day of March 2005.

_____
Richard F. Kane
McGuire Woods LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, NC  28202-4011