UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN R. KINCAID, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>BANK OF AMERICA CORPORATION, )<br>)<br>    Defendant. )<br>) | CIVIL ACTION NO. 04 CV 11522 (WGY) |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT**

Please enter the appearance of Siobhan M. Sweeney of Edwards & Angell, LLP, 101 Federal Street, Boston, MA 02110, (617) 439-4444, on behalf of the defendant, Bank of America Corporation.

                                                  BANK OF AMERICA CORPORATION,
                                                By its attorneys,

                                                /s/ Siobhan M. Sweeney
                                                Siobhan M. Sweeney
                                                BBO No. 562118
                                                Edwards & Angell, LLP
                                                101 Federal Street
                                                Boston, MA 02110
                                                (617) 439-4444

                                                George P. Kostakos
                                                BBO No. 557919
                                                Edwards & Angell, LLP
                                                2800 Financial Plaza
                                                Providence, RI 02903
                                                (401) 274-9200

Dated: March 15, 2005