**EXHIBIT 4**

PAGE 1  SHEET 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04-11522-WGY

STEVEN R. KINCAID,               )
                                 )
              PLAINTIFF,         )
                                 )
VS.                              )
                                 )
BANK OF AMERICA                  )
CORPORATION,                     )
                                 )
              DEFENDANT.         )

DEPOSITION

OF

SHEILA K. BURROUGHS

AT CHARLOTTE, NORTH CAROLINA

JUNE 1, 2005

REPORTER: IRA ANDERSON
          NOTARY PUBLIC

---

PAGE 2

Ms. Burroughs - Vol. I                              2

APPEARING

FOR THE PLAINTIFF:   Mr. David J. Fine
                     LAW OFFICES OF DAVID J. FINE
                     Three Center Plaza, Suite 400
                     Boston, Massachusetts 02108-2003

FOR THE DEFENDANT:   Mr. Richard T. Kane
                     McGUIRE WOODS, L.L.P.
                     Suite 2900
                     Bank of America Corporate Center
                     100 North Tryon Street
                     Charlotte, North Carolina 28202

IN ATTENDANCE:       Mr. Steven R. Kincaid

                     * * * * *

INDEX
                                                  PAGE
Examination by Mr. Fine                             3

EXHIBITS

PLAINTIFF'S:

No. 1    Copy of the Affidavit                     12
         of Sheila K. Burroughs

No. 2    Copy of Page from                         53
         Mr. Kincaid's Review

No. 3    Copy of Defendant's                      101
         Responses to Plaintiff's
         First Set of Interrogatories
         to Defendant

Miller Reporting Services
(704) 543-7103

---

PAGE 3

Ms. Burroughs - Vol. I                              3

1       This is the deposition of Sheila K. Burroughs,
2   taken in accordance with the Federal Rules of Civil
3   Procedure in connection with the above case.
4       Pursuant to Notice, this deposition is being
5   taken in the offices of Hamilton, Fay, Moon, Stephen,
6   Steele & Martin, P.L.L.C., 2020 Charlotte Plaza,
7   201 South College Street, Charlotte, North Carolina,
8   beginning at 1:47 p.m. on June 1, 2005, before Ira
9   Anderson, Notary Public.
10
11      Sheila K. Burroughs, upon first being duly
12  sworn, testified as follows:
13
14              Examination by Mr. Fine
15  Q.   Please state your full name.
16  A.   Sheila Burroughs.
17  Q.   Where do you reside?
18  A.   Charlotte, North Carolina.
19  Q.   How are you employed?
20  A.   At Bank of America.
21  Q.   In what capacity?
22  A.   I'm currently a customer experience
23       relationship manager.
24  Q.   Do you have any other job titles?
25  A.   Yes, senior vice president.

Miller Reporting Services
(704) 543-7103

---

PAGE 4

Ms. Burroughs - Vol. I                              4

1   Q.   When were you first employed by the bank?
2   A.   1989.
3   Q.   In what capacity?
4   A.   I was a marketing research analyst.
5   Q.   How long were you employed in that capacity?
6   A.   I think about two years.
7   Q.   And how did your employment change at that
8        point?
9   A.   After that I was asked to join the branch
10       development group.
11  Q.   The branch development group?
12  A.   Uh-huh (yes).
13  Q.   What was your job title?
14  A.   I don't remember. Branch development analyst,
15       probably.
16  Q.   How long were you in the branch development
17       group?
18  A.   A couple years.
19  Q.   Okay. Then where did you go?
20  A.   After branch development I went to, I was a
21       quality consultant in the services company.
22  Q.   A quality consultant to what?
23  A.   In the services company.
24  Q.   How long did you do that?
25  A.   A couple years.

Miller Reporting Services
(704) 543-7103

## PAGE 5

Ms. Burroughs - Vol. I                                                          5

| | | |
|---|---|---|
| 1 | Q. | Okay. And then what did you do? |
| 2 | A. | Then we developed the vendor management group |
| 3 | | and I joined that group. |
| 4 | Q. | What was your job title? |
| 5 | A. | Vendor manager. |
| 6 | Q. | Okay. How long were you in that group? |
| 7 | A. | A couple years. |
| 8 | Q. | Okay. And then what did you do? |
| 9 | A. | After branch, or after vendor management I |
| 10 | | went to GCIB marketing. |
| 11 | Q. | I'm sorry? |
| 12 | A. | GCIB marketing. |
| 13 | Q. | What does GCIB stand for? |
| 14 | A. | Global corporate and investment banking. |
| 15 | Q. | How long did you do that? |
| 16 | A. | About two years. |
| 17 | Q. | Okay. And then what did you do? |
| 18 | A. | Then I went to consumer marketing. |
| 19 | Q. | What was your job title then? |
| 20 | A. | I had a couple. The first one was brand and |
| 21 | | customer satisfaction research manager, then |
| 22 | | the customer satisfaction manager. |
| 23 | Q. | How long were you with consumer marketing? |
| 24 | A. | I think I was there two-and-a-half years. |
| 25 | Q. | Okay. And then where did you go? |

Miller Reporting Services
(704) 543-7103

## PAGE 6

Ms. Burroughs - Vol. I                                                          6

| | | |
|---|---|---|
| 1 | A. | Then I went to customer service and support. |
| 2 | Q. | What year was that? |
| 3 | A. | 2003. |
| 4 | Q. | When in 2003 did you go to customer services |
| 5 | | and support? |
| 6 | A. | In July. |
| 7 | Q. | And are you still there? |
| 8 | A. | I am. |
| 9 | Q. | Okay. When did you start with consumer |
| 10 | | marketing? |
| 11 | A. | In January. |
| 12 | Q. | Of what year? |
| 13 | A. | '99. No, wait, I'm sorry, that might not be |
| 14 | | right. 2001. It could have been 2000, I'm |
| 15 | | not really sure. |
| 16 | Q. | Have all of the positions that you've had with |
| 17 | | the bank been in Charlotte? |
| 18 | A. | Yes. |
| 19 | Q. | Okay. Starting with high school, can you |
| 20 | | briefly describe your educational background? |
| 21 | A. | Uh-huh (yes). I went to high school. |
| 22 | Q. | Where? |
| 23 | A. | Two of them, actually. The first two years |
| 24 | | were at Guilford High School in Rockford, |
| 25 | | Illinois. |

Miller Reporting Services
(704) 543-7103

## PAGE 7

Ms. Burroughs - Vol. I                                                          7

| | | |
|---|---|---|
| 1 | Q. | Rockford, did you say? |
| 2 | A. | Yes. |
| 3 | Q. | And the second high school? |
| 4 | A. | Was Riverside High School. |
| 5 | Q. | Where was that? |
| 6 | A. | In Greer, South Carolina. |
| 7 | Q. | Okay. And after high school? |
| 8 | A. | I went to the University of South Carolina. |
| 9 | Q. | Did you get a degree from there? |
| 10 | A. | I did. |
| 11 | Q. | What year? |
| 12 | A. | 1989. |
| 13 | Q. | A bachelor of arts degree? |
| 14 | A. | A bachelor of science. |
| 15 | Q. | What was your major? |
| 16 | A. | I had two, marketing and management. |
| 17 | Q. | Have you had any formal education since then? |
| 18 | A. | No. |
| 19 | Q. | What was your first full-time employment after |
| 20 | | graduating from the University of South |
| 21 | | Carolina? |
| 22 | A. | Bank of America, the first job you asked |
| 23 | | about. |
| 24 | Q. | When you first joined consumer marketing, who |
| 25 | | was your supervisor? |

Miller Reporting Services
(704) 543-7103

## PAGE 8

Ms. Burroughs - Vol. I                                                          8

| | | |
|---|---|---|
| 1 | A. | Mark Webber. |
| 2 | Q. | And how long was Mr. Webber your supervisor? |
| 3 | A. | About a year. |
| 4 | Q. | Who was your supervisor after that? |
| 5 | A. | Directly after that his position was open, so |
| 6 | | in the interim I reported to Vipin Mayer. |
| 7 | Q. | All right, what was Mr. Webber's position? |
| 8 | A. | He was the director of marketing research. |
| 9 | Q. | And what was Mr. Mayer's position? |
| 10 | A. | He was the head of consumer analysis modeling |
| 11 | | and research or CAMR. |
| 12 | Q. | All right. So after Mark Webber left his |
| 13 | | position as the director of marketing |
| 14 | | research, that position was open? |
| 15 | A. | Uh-huh (yes). |
| 16 | Q. | And then, and during that period Vipin Mayer |
| 17 | | was your supervisor on an interim basis? |
| 18 | A. | Right. |
| 19 | Q. | Okay. And then who was your supervisor after |
| 20 | | that? |
| 21 | A. | Well, then we reorganized so my group was no |
| 22 | | longer a part of marketing research, but it |
| 23 | | still had no head. So I reported to another |
| 24 | | vacant position which reported to Vipin, so I |
| 25 | | was still reporting to Vipin in the interim. |

Miller Reporting Services
(704) 543-7103

PAGE 125

Ms. Burroughs - Vol.                                              125

1    ongoing thereafter.
2  Q. Okay. And your team was transitioned to
3    Mr. Kotopoulos when?
4  A. In the December time frame. I can't remember
5    when the formal date was.
6  Q. Okay. And so how many different employees did
7    you discuss with Mr. Kotopoulos at that time?
8  A. Including myself, four.
9  Q. Okay. And so there was you, Mr. Kincaid, and
10   who were the other two?
11 A. Susan Haloulos and Alison Hart.
12 Q. Susan Haloulos still works for the bank today,
13   right?
14 A. She does.
15 Q. What about Alison Hart?
16 A. She still works here too.
17 Q. Okay. And so you talked to, started talking
18   to Alec Kotopoulos regarding you and
19   Mr. Kincaid and Ms. Haloulos and Ms. Hart
20   starting in around December of 2002 or January
21   of 2003?
22 A. Yes.
23 Q. Okay. When is the first time that you
24   discussed with Mr. Kotopoulos the possibility
25   of terminating Mr. Kincaid's employment?

Miller Reporting Services
(704) 543-7103

PAGE 126

Ms. Burroughs - Vol                                               126

1  A. The possibility?
2  Q. Yes.
3  A. That would have been in the late March, early
4    April time frame is the discussion regarding
5    the performance is not really, not meeting
6    expectations. And I would have discussed
7    prior to the memo that we gave him, as that
8    was the first step to ensuring that an
9    associate understands that their performance
10   must improve.
11 Q  Who raised the possibility of terminating
12    Mr. Kincaid's employment?
13 A  I don't remember for sure. Maybe Alec.
14 Q  And what did he say on that subject?
15 A  I don't remember his specific words. The
16    sentiment was, we need to make sure that he
17    meets expectations. And since he's not at
18    this point, we need to make sure that he makes
19    the relevant, proper improvement in a timely
20    way.
21 Q  Okay. And when -- and was the discussion of
22    the possibility of terminating Mr. Kincaid's
23    employment referred to in any e-mails between
24    you and Mr. Kotopoulos?
25 A  I don't think so.

Miller Reporting Services
(704) 543-7103

PAGE 127

Ms. Burroughs - Vol. I                                            127

1  Q. Did you have any discussion with
2    Mr. Kotopoulos about who was going to take
3    over Mr. Kincaid's responsibilities if he was
4    terminated?
5  A. No.
6  Q. Why not?
7  A. Because the plan is to make sure that an
8    associate understands where they're not
9    meeting expectations and to help them to
10   improve.
11 Q. Well, wouldn't it have been natural, if you
12   were thinking of terminating an employee, to
13   talk about how long it would take you to get a
14   replacement for that employee?
15 A. No. Not at -- we did not at that point, no.
16 Q. I understand you're saying that you didn't at
17   that point. I'm asking you whether wouldn't
18   it have been natural to do that?
19 A. I'm not sure I understand the question. We
20   didn't.
21 Q. Right. I take it you thought that
22   Mr. Kincaid's job, what Mr. Kincaid was being
23   asked to do in your group was important,
24   right?
25 A. Yes.

Miller Reporting Services
(704) 543-7103

PAGE 128

Ms. Burroughs - Vol. I                                            128

1  Q. You thought that it was integral to the
2    operation of your group, right?
3  A. It was.
4  Q. Okay. Who did you get to replace Mr. Kincaid
5    after you terminated him?
6  A. Actually, I was not there after that and so I
7    do not know.
8  Q. Well, you didn't say you didn't know in your
9    answers to interrogatories, did you?
10 A. I don't believe that anyone was hired to take
11   on Steve's work.
12 Q. Okay. Now, how is that possible if what
13   Mr. Kincaid was doing was so integral to the
14   operation of your group? How is it possible
15   that you terminated him and then no one was
16   hired to take over his responsibilities?
17 A. Well, clearly, when there was not a project
18   manager to do the work and I was no longer
19   there to direct the work, the work at that
20   time was not, apparently, deemed a priority by
21   the folks that remained.
22 Q. When is the first time that you had a
23   discussion with anybody about your leaving the
24   group that you were in?
25 A. I don't remember.

Miller Reporting Services
(704) 543-7103

PAGE 129  SHEET 17

Ms. Burroughs - Vol                                    129

1   Q.   Was it before Mr. Kincaid was terminated?
2   A.   Yes.
3   Q.   And did anybody else leave your group? I
4        mean, Mr. Kincaid was terminated, you left the
5        group. What happened to Ms. Haloulos and
6        Ms. Hart, did they leave too?
7   A.   Mrs. Haloulos did not leave, Mrs. Hart did
8        leave.
9   Q.   Okay. Now, don't you know what that looks
10       like, Ms. Burroughs?
11  A.   I'm not sure what your question is.
12       MR. KANE: I don't -- yes.
13  Q.   Isn't it clear that what happened here was
14       that you and Mr. Kotopoulos decided to
15       terminate Mr. Kincaid not because of any
16       deficiency in his performance, but because you
17       were deciding to disband this group?
18  A.   Absolutely not. Mrs. Hart and I were both
19       replaced.
20       MR. FINE: Did you get that?
21       COURT REPORTER: Yes.
22  Q.   Ms. Hart and you were both replaced?
23  A.   Yes.
24  Q.   Who replaced you?
25  A.   Gerry McDonough.

Miller Reporting Services
(704) 543-7103

PAGE 130

Ms. Burroughs - Vol                                    130

1   Q.   Who replaced Ms. Hart?
2   A.   Glen Grazier.
3   Q.   Where was Gerry McDonough working before he
4        took over your job?
5   A.   He was outside the bank. I don't remember
6        where he came from.
7   Q.   He wasn't working for the bank?
8   A.   Huh-uh (no).
9   Q.   So how long did it take the bank to recruit
10       Mr. McDonough?
11  A.   I'm not sure.
12  Q.   When was the first time that anybody was
13       contacted in terms of looking for your
14       replacement?
15  A    I don't know.
16  Q    Well, you left in, when was it?
17  A    I started my new job in July.
18  Q    Okay. And when did Mr. McDonough come on
19       board in your --
20  A    I don't know.
21  Q    Is that information that would be readily
22       accessible at the bank, when Mr. McDonough
23       started?
24  A.   Oh, I'm sure, yes.
25  Q.   Okay. And would it also be clear when the

Miller Reporting Services
(704) 543-7103

PAGE 131

Ms. Burroughs - Vol                                    131

1        bank first started looking for your
2        replacement?
3   A.   I don't know.
4   Q.   Do you know what, whether the bank used any
5        kind of search firm to look for your
6        replacement?
7   A.   I don't know. They may have. We routinely
8        use them, but I don't know if they did in that
9        case.
10  Q.   Well, without using a search firm, do you have
11       any idea how they could have found
12       Mr. McDonough?
13  A.   Well, we do internal recruiting as well, so --
14  Q.   But Mr. McDonough wasn't working at the bank,
15       right?
16  A.   No, but we do postings on the Internet and you
17       can find job searches at BankofAmerica.com.
18  Q.   Okay. And when was your job posted for the
19       first time?
20  A.   I'm not sure. I didn't need to follow that, I
21       was leaving the job. That was up to the
22       person hiring for it.
23  Q.   And Alison Hart, who replaced Alison Hart?
24  A.   Glen Grazier.
25  Q.   And before he replaced Alison Hart, where had

Miller Reporting Services
(704) 543-7103

PAGE 132

Ms. Burroughs - Vol                                    132

1        Glen Grazier been working?
2   A    I don't know.
3   Q    Had he been working at the bank?
4   A    I don't think so.
5   Q    And when was Alison Hart replaced?
6   A    I don't know.
7   Q    Other than talking to Mr. Kotopoulos, did you
8        talk to anybody else at the bank about
9        terminating Mr. Kincaid's employment?
10  A.   I spoke with the personnel center.
11  Q.   And who at the personnel center did you speak
12       to?
13  A.   I spoke to a number of different agents there
14       I'm not sure of all their names.
15  Q.   Okay. What are the names that you remember
16       that you spoke to?
17  A    I remember Onya and I remember Andrea; that's
18       all I remember.
19  Q    And what did you speak to Onya and Andrea
20       about?
21  A    The initial conversations were regarding
22       counseling Mr. Kincaid, ensuring that I was
23       delivering the messages appropriately and
24       properly, and I also discussed with them the
25       appropriate process for the actual

Miller Reporting Services
(704) 543-7103