UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
NO. 04 CV 11522 (JLT)

| | |
|---|---|
| STEVEN R. KINCAID, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BANK OF AMERICA CORPORATION, | ) |
| Defendant. | ) |

## WITHDRAWAL OF APPEARANCE

I, George P. Kostakos, hereby withdraw my appearance as counsel for the defendant, Bank of America, N.A., in the above-captioned matter.

Respectfully submitted,

/s/ George P. Kostakos
George P. Kostakos (Bar No. 557919)
Littler Mendelson P.C.
One International Place, Suite 2700
Boston, MA 02110
617.378.6023
617.737.0052 (fax)

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "Withdrawal of Appearance" has been served via electronic mailing to:

>David J. Fine, Esquire
>Law Offices of David J. Fine
>3 Center Plaza, Suite 400
>Boston, MA  02108-2003

This the 16th day of November, 2005.

>/s/ George P. Kostakos
>George P. Kostakos