UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN R. KINCAID,    )
                     )
    Plaintiff,       )
                     )
    v.               )    Civil Action No. 04-11522-WGY
                     )
BANK OF AMERICA CORPORATION,    )
                     )
    Defendant.       )

## STIPULATION EXTENDING CERTAIN DEADLINES

The parties hereby stipulate and agree that:

1. the time for plaintiff to serve his expert reports is extended <u>nunc pro tunc</u> from November 4 to and including November 14, 2005;

2. the time for defendant to serve its expert reports is extended <u>nunc pro tunc</u> from November 21, 2005 to and including December 9, 2005;

3. the time for plaintiff to serve and file his papers in opposition to defendant's pending Motion for Summary Judgment is extended from November 23, 2005 to and including November 28, 2005; and

4.  the time for defendant to serve and file its reply papers, if any, in support of its pending Motion for Summary Judgment is extended from December 2, 2005 to and including December 7, 2005.

Dated: November 22, 2005

_____
Siobhan M. Sweeney, BBO No. 562118
Edwards Angell Palmer & Dodge LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Attorney for Defendant

_____
David J. Fine, BBO No. 165120
Law Offices of David J. Fine
3 Center Plaza, Suite 400
Boston, MA 02108-2003
(617) 720-2941

Attorney for Plaintiff

Approved:


_____
United States District Judge

Dated: _____