# EXHIBIT 1

# Service Request Activity (All) SIEBEL

| | | |
|---|---|---|
| | | Closed |
| | | Short Desc.   Perf Mgmt - Steven Kincaid |
| Date Closed | 7/8/03 9:32:24 PM | |
| Application/Area | Gen Mgr. Consultation | (704) 386-6472 |
| | Disciplinary Counseling | Cust Ref No. |
| | AWARD | |

PLAINTIFF'S EXHIBIT 7
Burroughs 10/19/05 CAT

**Description**

Sd focus on cust sat team.Sd they are w/in Marketing team,manage 2 studies.Sd mostly what Steve does is to have strategic ideas and influence people and how to look at cust satisfaction bsed on data
Sd they're very strategic & above product or channel level
Sd setting measurement cust sat for bank
Sd Steve's role is strategic & consulting & must influence people.
Sd she moved Steve to NC last Aug.Sd ws new to bank then.
Sd must do heavy consulting based on statsitcial knoweldge & survey research
Sd hd 1st qtr rvw mtg & addrssd his hoshin plan.
Sd as rvwd highlighted what he wsnt doing as part of role
Sd he clearly undrstd tht consulting is main piece of role & not statistics
Sd Steve hs good stat skills.
Sd gave Steve her fdbk aftr Hoshin Plan.Sd since chng rating scales & tht

# Activities

| Date Opened | Created By | Assigned To | Activity | Status | Comment |
|---|---|---|---|---|---|
| 7/8/03 9:32:28 PM | AWARD | AWARD | Closed | Done | The service request has been closed. |
| 6/17/03 4:59:04 PM | AWARD | AWARD | Call-Outbound | Done | |
| 6/17/03 3:56:47 PM | STARAN | STARAN | Audit-Owner | Done | |
| 6/13/03 2:25:35 PM | AWARD | AWARD | Extended Description Cont | Done | dscssd optns mgr will term ee(dscssd sep |

# Service Request Activity (All) 

## Activities

| Date Opened | Created By | Assigned To | Activity | Status | Comment |
|---|---|---|---|---|---|
| 6/13/03 12:55:37 PM | AWARD | AWARD | Call - Inbound | Done | 4/16 ee gven wrttn; mgr has tlkd to ee periodically gvg good & neg fdbck..mgr sd 6/11 tlkd to ee let ee know he is not mkg it..cld see ee had tried but result mgr is expectg is not there.. <br><br>mgr sd she knows ee heard. <br><br>mgr sd her mgr does not gve finals..sr mgr sd has termd others w/o gvg 2 wrttns.. <br><br>mgr sd she & andrea decided to verbally warn ee on 6/11 in preparation for term on 6/13..mgr sd conv on 6/11 was like they were hvg it for first time agn..mgr sd ee just didnt get it.. <br><br>mgr sd ee's 1st Qtr MYP was NI..then recvd wrttn in april.. <br><br>mgr sd ee's skills are on level of junior analyst..wld never be lead person in a mtg.. <br><br>mgr sd she cannot justify keeping ee in postn. <br><br>CONTD... |
| 6/11/03 1:15:39 PM | AMONTG | AMONTG | Call - Inbound | Done | ee tech skills exceptnl, consulting skills not evident. ee is respons for consulting. ee presentd wrtn couns in April. mgr plannd to present final wrtn couns today. in the last week ee has been having back trouble and had been going home early, not feeling well..this morning mgr was concernd that ee might have disability thoughts. mgr wants to term |
| 6/11/03 1:15:31 PM | AMONTG | AMONTG | Reopened | Done | The service request has been reopened. |
| 4/17/03 3:13:20 PM | STARAN | STARAN | Closed | Done | The service request has been closed. |
| 4/17/03 3:10:39 PM | STARAN | STARAN | Call - Inbound | Done | Sheila left vm stating meeting w/ Steve where she delivered written counseling went okay. <br>Sd felt it ws somewhat of a surprise <br>Sd he seemed to undrstnd msg. Sd he hs nvr stated tht he dnt agree w/ fdbk. Sd he is earnest in wanting to respond & be successful. <br>Sd very professionally received. |
| 4/16/03 2:03:29 PM | STARAN | STARAN | Attachment | Done | An Attachment has been added to the service request. |

BofA-0112

# Service Request Activity (All) 

## Activities

| Date Opened | Created By | Assigned To | Activity | Status | Comment |
|---|---|---|---|---|---|
| 4/16/03 2:03:15 PM | STARAN | STARAN | Attachment | Done | An Attachment has been added to the service request. |
| 4/15/03 2:03:02 PM | STARAN | STARAN | Attachment | Done | An Attachment has been added to the service request. |
| 4/10/03 6:36:52 PM | STARAN | STARAN | Call - Outbound | Done | vm to sheila to discuss docs sent<br><br>4/11-Contd to trade vm's w/ Sheila.<br><br>4/15-Connected w/ Sheila<br>She sd hd weekly meeting w/ Steve last Wed.Sd he is trying.Sd she's documenting what he has to do.Sd he is actively going out and trying to meet w/ bus prtnrs & consult.<br>Sd in one particular topic-key driver topic-he is taking ownership.<br>Sd she sees some imprvmnt but when she looks at full picture,he's not close.<br>Sd he also sd he needed to bring strategic ideas.Sd he brought two but it ws exactly what was discussed in meeting previously & someone else ws wrkng on it.<br>Sd othr idea ws simply communication doc tht if hd ownership of key drivers wd hv bn done.<br>Sd not strategic.<br>Sd on Loyalty project,he's moving it frwrd & hs some pretty good ideas but hsnt done ldrshp things like setting up mtgs w/ prtnrs he nds to meet w/<br>Sd he's struggling w/ simple tools-mapping out & executing process- he nds to create to do project<br>Sd gave Steve simple task whch he did right away,very simple-cust of bank askdfor some stuff.Sd he was way off & she is having to redo it.<br>Gave ex of identifying financial gain tied to cust sat scores.Sd he isnt able to figure out who to bring together to accomplish Discussed verbiage in writt counseling.Advsd to give MYP results&couns |

# Service Request Activity (All) 

## Activities

| Date Opened | Created By | Assigned To | Activity | Status | Comment |
|---|---|---|---|---|---|
| 4/8/03 7:33:09 PM | STARAN | STARAN | Extended Description Cont. | Done | w/ presentation in steering committee mtg & he left mtg early.Sd dsnt know why yet.Sd he did okay in presentation.<br>Sd she hd tld him in Q1 fdbk tht he needed to influence this steering committee.<br>Sd she's concerned<br>Sd dsnt take project from conception to completion.Sd hs issues w/ initiative,influencing,ldrshp.<br>Discussed tht they meet every Wednesday.Sd tht she shd put together bullet points & examples<br>Sheila will email her Q1 hoshin plan for Steve and list of issues for assistance in putting into right words.<br>Sheila-704/386-6472 |

BofA-0114

# Service Request Activity (All)

SIEBEL

## Activities

| Date Opened | Created By | Assigned To | Activity | Status | Comment |
|---|---|---|---|---|---|
| 4/8/03 7:06:06 PM | STARAN | STARAN | Extended Description Cont. | Done | she rated nds improvement<br>Sd tht she dnt hv good doc for 4th qtr and ws more here are your goals & not how you're doing against it.Sd ws rated solid then<br>Sd her mgr Alec Kotoupolis,is ready to move frwrd quickly<br>Sd Alec hs cleaned house since took ovr group in Dec<br>Sd hd 1st qtr rvw abt 2 weeks ago.<br>Sd gave list of where he is doing okay & where he is not doing well.<br>Sd while rvwd Hoshin goals addrssd places where he hdnt met expectations.<br>Sd drew picture w/ 3 lines to indicate where he needed to be whch ws in consulting instd of statistical.<br>Sd need to be able to take key drivers from various sources and pull them together & defining direction<br>Set Steve is suposed to take all surveys,define stdrd & rate surveys on whether meeting stdrd & what nd to do to get w/in stdrd.<br>Sd he developed stdrd okay but cant get him to draw picture of who's in strd or not,let alone what plan is to get w/in stdrd.Sd she drew example & what he gave her back wsnt even close to logical organization<br>Sd thinks issue is bad fit.Sd thinks he's statistician.Sd Steve hs sd dsnt mind being person in cube running numbers.<br>Sd when Sheila became involved in one of his 2 projects,sd Steve is hvng trouble undrstndng tht she nds to be involved in all projects.<br>Sd since Q1 she hs become convinced tht despite Steve's efforts<br>Sd ex. is aftr 7 mnths,cant navigate org.Sd if she says to put together commun plan of who nds to know what he just put together,he cnt do it.<br>Sd aftr Q1 fdbk,sd she tasked him |
| 4/8/03 7:06:02 PM | STARAN | STARAN | Audit Owner | Done | |