# EXHIBIT 3

Case 1:04-cv-11522-WGY    Document 47-4    Filed 11/28/2005    Page 1 of 7

EXHIBIT 8 Kincaid

**Bank of America**

**Performance Plan & Evaluation Form**
Performance Year 2003

## ASSOCIATE INFORMATION

| Name: | Steve Kincaid | | Review Period: | Q1 2003 |
|---|---|---|---|---|
| Officer Title: | VP | Job Title: Market Information Mgr I | Review Completed By: | Sheila Burroughs |
| Band: | 5 | | Direct Manager: | Sheila Burroughs |

General Instructions: [illegible]

### Step One:
### INDIVIDUAL PERFORMANCE GOALS AND EXPECTATIONS

Complete this section at the beginning of the performance management cycle and update as appropriate.

Instructions: 1. Review your line of business and departmental performance plans. 2. Document your individual performance goals. Remember, your goals should follow the SMART format. Specific, Measurable, Agreed-Upon, Realistic, Tied to the Business. 3. Reference the Leadership Model, Success Profiles, Bank of America Spirit, and/or core values to identify relevant competencies and specific behaviors the associate is expected to demonstrate in order to achieve the agreed upon goals.

### Step [Two/Three]:
### PERFORMANCE [RESULTS]

Update this section during periodic review sessions and complete for the annual performance review.

Instructions: 1. Assess results by documenting specific examples of WHAT was accomplished for each goal. 2. Select a performance rating for each goal (Exceeds Expectations, Meets Expectations, Does Not Meet Expectations, Too New To Rate). Use attachments, if necessary. 3. Complete Step Three, Part B (at the bottom of the form) to document performance behaviors and competencies, significant accomplishments or performance results rating and a performance behaviors rating.

Customer [illegible]

| Hoshin Reference # 1.1.1, etc. | Business Goal | Description | Metric How will success be measured? | Quarterly/Year to Date Status & Results | Rating |
|---|---|---|---|---|---|
| 1 | Provide integrated view of customer sat and loyalty for the franchise | see attached Hoshin items 1.1 through 1.3 | | See attached | Does Not Meet Expectations |
| 2 | Assist in development of appopriate measurements to support the Bank's customer satisfaction improvement efforts | see attached Hoshin items 2.1 through 2.4 | | See attached | Does Not Meet Expectations |
| 3 | Provide strategic consulting for the business on customer satisfaction measurement | see attached Hoshin items 3.1 though 3.4 | | See attached | Does Not Meet Expectations |

| Hoshin | Business Goal | Description | Metric | Quarterly/Year to Date Status & | Rating |
|---|---|---|---|---|---|

| Reference # 2.1.1, etc. | | How will success be measured? | Results | |
|---|---|---|---|---|
| 1 | Complete performance plan and individual development plan (with heavy emphasis on consulting skills) | | Q1 coaching done | Meets Expectations |
| 2 | Provide ongoing coaching to peer and manager | | Has not provided coaching | Does Not Meet Expectations |
| 3 | Continue to develop consulting role with internal business partners | | Has made limited progress with select partners (see attached) | Does Not Meet Expectations |

00-13-2507NSBW 02-2003

Updated: 01/07/2003
Page 1 of 3

| Hoshin Reference # 3.1.1, etc. | Business Goal | Description | Metric How will success be measured? | Quarterly/Year to Date Status & Results | Rating |
|---|---|---|---|---|---|
| 2 | Continue to gain efficiencies with vendors | | | Using approved vendors | Meets Expectations |
| | | | | | |

### Performing Behaviors and Competencies

Describe the relevant behaviors and competencies the associate is expected to demonstrate in order to achieve the agreed upon goals.
See attached

### Step Five
### Current Role Development Plan

Complete this section at the beginning of the performance management cycle and update as appropriate.

**Instructions:** 1. Document 3-5 key competencies (behaviors, skills and/or traits) critical to success in your current role that are considered strengths as well as 3-5 critical behaviors that are currently considered development needs.  2. Document specific actions you will take to emphasize strengths and address development needs in your current role. 3. Document specific actions you will take to facilitate continued professional development in future roles.

| Towering Strengths | Development Needs |
|---|---|
| ♦ Statistical knowledge | ♦ Consulting skills |
| ♦ Experience in managing research projects | ♦ Ability to influence bank's customer satisfaction strategy |
| ♦ | ♦ Ability to apply strategic approach to all projects and create value beyond the tasks |
| ♦ | ♦ |
| ♦ | ♦ |

### Current Role Development

| Actions (State "what" and "how") | Due Date (State "when") | Progress Against Development Action |
|---|---|---|
| 1. | | |

| | | | |
|---|---|---|---|
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Actions (State "what" and "how") | | Due Date (State "when") | Progress Against Development Action |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

00-13-2507NSBW 02-2003

Page 2 of 3

*Update this section during periodic review sessions and complete for the annual performance review.*

### Performance Behaviors and Competencies:

Assess relevant behaviors and competencies that contributed to the results achieved in meeting business goals defined above. Provide specific examples of "how" results were accomplished.

See attached

### Additional Performance Comments:

Highlight significant accomplishments. Also note Bank of America Spirit awards, customer service/productivity recognition and leadership accomplishments.

See attached

### PERFORMANCE RESULTS RATING:
The "what" rating for Step Three - Part A (Indicate a rating for the results achieved against the performance plan.)

**Does Not Meet Expectations**

**PERFORMANCE BEHAVIORS RATING:**
The show rating for Significant Part B (Indicate a rating for details depicted in achieving direction.)

| Does Not Meet Expectations |
|---|

Associate's Signature: _____   Manager's Signature: _____

Date: ___/___/___   Date: ___/___/___

00-13-2507NBW 02-2003

Page 3 of 3

Steve Kincaid

| 2003 Customer Satisfaction Research Performance Plan | Q1 2003 Results | Metric |
|---|---|---|
| 1. Provide integrated view of customer satisfaction and loyalty for the franchise<br>  1.1. Provide accurate and insightful analysis of franchise wide data<br>    1.1.1. Integrate findings from all customer satisfaction studies, secondary sources, competitive intelligence, and brand information relating to customer satisfaction and loyalty to provide new learning for the company as a whole<br>  1.2. Integrate loyalty measurement into customer satisfaction tracking and analysis<br>    1.2.1. Integrate consistent loyalty measurement into tracking studies and standards<br>    1.2.2. Quantify loyalty impact on financial outcomes<br>  1.3. Develop overall key drivers of retention and loyalty and integrate with drivers of satisfaction<br><br>2. Assist in the development of appropriate measurements to support the Bank's customer satisfaction improvement efforts<br>  2.1. Assist in the transition to the new banking center incentive measure<br>  2.2. Assist in design and analysis of key driver identification studies<br>  2.3. Communicate and enforce customer satisfaction measurement standards to ensure the consistency that results in comparability<br>    2.3.1. Modify standards as necessary to facilitate application of key drivers<br>    2.3.2. Consult with research analysts to transition studies to meet standards<br>  2.4. Assist business in moving from reliance on survey data to development of operational measures by assisting in the translation of CTQs into process measures<br><br>3. | 1.1 Has not yet provided analysis across studies<br><br>1.2 Created project plan for Loyalty measure identification<br>Completed qualitative phase of research<br><br>1.3 Developed project plan and began qualitative phase<br><br>2.1 Accomplished in 2002<br>2.2 Assisted in analysis of Card drivers<br>2.3 Communicated new key driver standards to Marketing Research managers, Cust Delight COP, CRE analysts and CS&S analysts<br>2.3.2 Consulted with CRE and BAI on application of key driver analysis<br>Has not completed tracking document to determine gaps and transition plan for key driver analyses outside standard<br>2.4 Has not yet accomplished<br><br>3.1 Has not yet accomplished<br><br><br><br>3.2 Has not yet accomplished<br><br>3.3 Has participated in meetings, but has not meaningfully influenced<br>3.4 Has not yet accomplished | 1.1 # of unique analysis papers<br><br>1.2 Loyalty measure defined and linked to financial results<br><br>1.3 Key drivers developed<br><br>2.1 New BC incentive measure in place<br>2.2 # of key driver studies outside of standard<br>2.3 # of customer sat studies outside of standard<br>2.4 # of new operational measures identified<br><br><br>3 # of new insights/techniques recommended/applied<br>Library developed |

4. Associate

   4.1. Complete performance plan and individual development plan (with heavy emphasis on consulting skills) and review quarterly with manager
   4.2. Provide ongoing coaching to peers and manager
   4.3. Continue to develop consulting role with internal business partners
   4.4. Grow consulting skills
   4.5. Identify training opportunities based on development needs and attend

   | | |
   |---|---|
   | 4.1 Q1 review done | 4.1 active performance plans |
   | 4.2 Has not yet accomplished | |
   | 4.3 Has not yet accomplished; see attached | |
   | 4.4 Has not yet accomplished; see attached | |
   | 4.5 Has not yet accomplished | |

5. Shareholder
   5.1. Reduce cycle time in results delivery for Barometer and Banking Center Satisfaction results
   5.2. Continue to gain efficiencies with vendors

   | | |
   |---|---|
   | 5.1 NA | 5.1 # of days reduced |
   | 5.2 Has used approved vendors | 5.2 $ savings |

Copyright © 2001 Bank of America