**EXHIBIT 4**

Overall Rating: Needs Improvement/Does Not Meet Expectations

Contributions:
- Developed new standard key driver methodology
- Developed plan for loyalty measurement identification and completed qualitative phase
- Developed plan for retention driver analysis and began qualitative phase
- Coordinated Client Managed sample plan team

Has not met expectations of job given his level in the following areas:

Leadership
- Needs to identify improvement opportunities and proactively show initiative to figure out how to get them done
    - Hoshin goals 1.1.1, 3.1.1, 3.2
- After 7 months still unable to work the organization
    - Should be linking the loyalty project to Valuation work

Consulting/Influence
- Has not shown ability to lead the valuation topic
- Does not get along well with other statisticians/does not work through issues well

Strategic thinking
- Should be able to develop strategies and suggest approaches to team – to date has not done so

Initiative/Project Value
- Needs to execute projects from conception to completion
- Needs to take nugget of topic and expand it to be useful beyond the step by step tasks
- Needs to be able to identify all the steps needed and then execute them to add value; currently needs too much assistance at each step



PLAINTIFF'S EXHIBIT
2
Burroughs

BofA-0031