**EXHIBIT 7**

Case 1:04-cv-11522-WGY    Document 47-8    Filed 11/28/2005    Page 1 of 2

# CAMR – Consumer & Channel Research & Analytics, Satisfaction, Brand Research and Competitive Intelligence



**Key Considerations**
- Closer alignment to Segment and Business needs
- Standardization of Satisfaction instruments
- Synergy between all satisfaction studies across CAMR
- Satisfaction Support for Banking Centers
- Strategic positioning of CI as corporate resource
- Brand Research support for Brand health, POS, Product and Brand Specific Advertising, Top 25 markets
- Consumer Segment covers Top 25, 2004 Plan (GenX, Hispanic, Boomer women w/ kids) and All Consumer Marketing efforts

FTE's: 23
TBH: 7
Total: 30

6/30/2003 1:37PM

BofA-0233