**EXHIBIT 8**

DEPOSITION OF VIPIN MAYAR

**PAGE 1 SHEET 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEVEN R. KINCAID,
    Plaintiff,
vs.                              CIVIL ACTION NO.
                                04-11522-WGY
BANK OF AMERICA CORPORATION,
    Defendant.

DEPOSITION
OF
VIPIN MAYAR

At Charlotte, North Carolina
June 3, 2005

Reporter:  Christine A. Taylor
           Notary Public

**PAGE 2**

Mayar                                           2

APPEARING

For the Plaintiff:  DAVID J. FINE, ESQ.
                     Law Offices of David J. Fine
                     Suite 400
                     Three Center Plaza
                     Boston, Massachusetts 02108

For the Defendant:  RICHARD F. KANE, ESQ.
                     McGuireWoods, LLP
                     Suite 2900
                     100 North Tryon Street
                     Charlotte, North Carolina 28202

Also Present:  Steven Kincaid

* * * * *

INDEX
                                          PAGE
Examination By Mr. Fine                 3

EXHIBITS

Mayar 1   90-day Mailbox Clean-up Policy     92

(Exhibit attached to transcript.)

Miller Reporting Services
(704) 543-7103

**PAGE 3**

Mayar                                           3

1        This is the deposition of VIPIN MAYAR, taken in
2  accordance with the Federal Rules of Civil Procedure in
3  connection with the above case.
4        Pursuant to Notice, this deposition is being taken
5  in the Law Offices of Hamilton, Fay, Moon, Stephen,
6  Steele & Martin, 2020 Charlotte Plaza, 201 South College
7  Street, Charlotte, North Carolina, beginning at 9:05 a.m.
8  on June 3, 2005, before CHRISTINE A. TAYLOR, Notary
9  Public.
10
11        VIPIN MAYAR, upon first being duly
12  sworn, testified as follows:
13
14           EXAMINATION BY MR. FINE
15  Q.  Please state your full name.
16  A.  Vipin Mayar.
17  Q.  Spell your last name.
18  A.  M-a-y-a-r.
19  Q.  Where do you reside?
20  A.  In Charlotte, North Carolina.
21  Q.  How are you employed?
22  A.  I am self-employed.
23  Q.  What kind of business?
24  A.  It's a consulting business.
25  Q.  What's the name of the consulting business?

Miller Reporting Services
(704) 543-7103

**PAGE 4**

Mayar                                           4

1  A.  It's Qual Solutions, Q-u-a-l Solutions.
2  Q.  What kind of consulting does Qual Solutions do?
3  A.  It's marketing, marketing services.
4  Q.  How many employees does Qual Solutions have?
5  A.  Just -- just me.
6  Q.  How long have you been in that consulting
7      business under the name of Qual Solutions?
8  A.  I'm not sure when I incorporated it. It was
9      sometime last year.
10  Q.  When did you actually start to do the consulting
11      work?
12  A.  Starting in I think December, January of this
13      year.
14  Q.  2005?
15  A.  December 2004 or January 2005.
16  Q.  Okay. Starting with high school, can you briefly
17      describe your educational background?
18  A.  Sure. I was high school, science and math
19      specialization in high school.
20  Q.  What high school did you go to?
21  A.  It was high school in New Delhi, India, Mount
22      St. Mary's.
23  Q.  Okay.
24  A.  Okay. From there I went to an engineering school
25      called III, Indian Institute of Technology. It's

Miller Reporting Services
(704) 543-7103

PAGE 45

Mayar 45

1  A.  Yes.
2  Q.  And it's a lawsuit brought by Mr. Kincaid where
3      he's making certain claims against the bank.
4  A.  Uh-huh.
5  Q.  And Mr. Kincaid was somebody in CAMR, right?
6  A.  Yes.
7  Q.  Okay. Have there been any other lawsuits against
8      the bank brought by employees who worked for
9      CAMR?
10 A.  Not that I know of.
11 Q.  Okay. Would you agree with me that one of the
12     things that a good manager wants to make sure of
13     is that if somebody is terminated, there is a
14     real clear record as to precisely why they were
15     terminated?
16 A.  Yes.
17 Q.  And would you also agree with me that the more
18     specific and the better documented the
19     termination is, the better the termination
20     process was done?
21 A.  Yes.
22 Q.  Okay. And conversely, if the process of
23     termination was not well documented and not
24     specific, that represents a failing on -- in
25     management in some sense?

Miller Reporting Services
(704) 543-7103

PAGE 46

Mayar 46

1  A.  Yes.
2  Q.  Okay. Prior to your deposition today, did you
3      review any documents?
4  A.  No.
5  Q.  Okay. Did you do anything to prepare for the
6      deposition?
7      Let me be more specific. Mr. Kane is here today.
8  A.  Uh-huh.
9  Q.  Did you speak to Mr. Kane prior to the
10     deposition?
11 A.  I -- he and I spoke.
12 Q.  Yes. You met with him? I'm not asking for what
13     was said.
14 A.  Yeah. Yeah, I did meet with him, yes.
15 Q.  Okay. Other than meeting with Mr. Kane, did you
16     speak with anybody?
17 A.  No.
18 Q.  Okay. Now, when you were at CAMR, was there a
19     practice in place for giving employees reviews
20     and performance evaluations on a periodic basis?
21 A.  Yes.
22 Q.  And what was the practice?
23 A.  Every six months, and -- that was the requirement
24     to do it every six months, and there were --
25     there were some discussions that also happened

Miller Reporting Services
(704) 543-7103

PAGE 47

Mayar 47

1      every three months, but definitely every six
2      months performance discussions would take place.
3  Q.  Okay. Did you, yourself, ever review the written
4      performance and evaluation reports that were done
5      on employees in CAMR?
6  A.  I obviously would review my directs and prepare
7      my directs. I think one level below them, I
8      would just have them send me the reviews. So I
9      think one level below, I would just take a
10     little -- you know, I would look to see just for
11     completeness and -- and, you know, just making
12     sure the tone of the performance reviews were --
13     were fine. So I would go one level below.
14 Q.  Okay.
15 A.  And spot check them. I wouldn't go through every
16     one of them.
17 Q.  Right. But -- okay. So, for example,
18     Mr. Kotopoulos was your direct report; you would
19     give him his reviews.
20 A.  Yeah.
21 Q.  And Sheila Burroughs was one of the people
22     working under him --
23 A.  Yes.
24 Q.  -- and so you would give this a more cursory
25     review of a report that Mr. Kotopoulos did with

Miller Reporting Services
(704) 543-7103

PAGE 48

Mayar 48

1      regard to Sheila Burroughs?
2  A.  Yeah, I would just take a look at the few of
3      these.
4  Q.  Right. But then at the level below Sheila
5      Burroughs, you wouldn't be looking at those.
6  A.  No.
7  Q.  Okay. During the time that you were the head of
8      CAMR, were any claims of unlawful discrimination
9      made against people in CAMR?
10 A.  I know there was an allegation made by -- by a
11     person. She -- she spoke to Human Resources
12     and -- and they spoke to me about it. And, you
13     know, as far as I know, what -- you know, what
14     they told me is that she had claimed certain
15     behaviors that were not appropriate and, you
16     know, as far as I know, they didn't think those
17     behaviors took place. So, I mean, that's --
18     that's the instance that I know of.
19 Q.  Okay. Was that a case of -- was she claiming
20     sexual harassment?
21 A.  No.
22 Q.  What kind of discrimination or improper conduct
23     was she claiming?
24 A.  I think it was around, you know, just
25     aggressiveness in the workplace, being -- just

Miller Reporting Services
(704) 543-7103

PAGE 53

Mayar                                                    53

1  Q.  Okay. Did you more recently than that telephone
2      Mr. Kotopoulos so you can get together with him?
3  A.  No.
4  Q.  Did he at some point when you called him decline
5      to get together with you?
6  A.  No. I mean, like --
7  Q.  No?
8  A.  I haven't had a conversation with him since last
9      year around that time.
10 Q.  Okay. You're quite sure of that?
11 A.  I'm absolutely sure of that.
12 Q.  Okay.
13 A.  I mean, when I did talk to him then, I remember I
14     did say, "If you want to get together, let's --"
15     you know, but that was a conversation in 2004,
16     way back --
17 Q.  Okay.
18 A.  -- at that point in time.
19 Q.  And what did he say when you said, "If you want
20     to get together, let's get together"?
21 A.  I don't exactly remember his words, but I think
22     the long and short of it was we didn't think
23     that -- you know, we didn't really set up a time
24     to get together, so.
25 Q.  Okay. When is the last time you spoke to Sheila

Miller Reporting Services
(704) 543-7103

PAGE 54

Mayar                                                    54

1      Burroughs?
2  A.  Long time. I -- I don't think I spoke to her in
3      2004 at all, but definitely not this year. Maybe
4      sometime in 2003.
5  Q.  Okay. What in your view were Alec Kotopoulos's
6      strengths as a manager?
7  A.  He got the job done. He delivered on getting
8      things done, getting a whole -- an aggressive
9      agenda delivered through, you know, managing the
10     work.
11 Q.  Okay. Was he a hard worker?
12 A.  He was a hard worker.
13 Q.  Did he have any weaknesses as a manager, in your
14     view?
15 A.  Yes.
16 Q.  What were they?
17 A.  His style was rough, was not people centric. He
18     was more work centric than people centric.
19 Q.  Did you have enough contact with Sheila Burroughs
20     to form a view of her strengths as a bank
21     employee?
22 A.  I had enough contact with her to know about her
23     knowledge and what she brought to the table with
24     the knowledge.
25 Q.  Okay. And what was that?

Miller Reporting Services
(704) 543-7103

PAGE 55

Mayar                                                    55

1  A.  She was outstanding at -- in the field of market
2      research in the space of brand and customer
3      satisfaction.
4  Q.  Okay. Did you have enough contact with her to
5      have any sense of what her weaknesses might be?
6  A.  Yes. But, you know, not sure I knew all of them,
7      but, you know.
8  Q.  Okay. And what were they, in your view?
9  A.  She would be very often presenting to senior
10     leadership because the agenda in brand and
11     customer satisfaction was something important to
12     the bank, and in those sessions she didn't listen
13     as well to some of the points that were made by
14     senior leadership. She had a lot of enthusiastic
15     ideas and points, but sometimes didn't listen
16     that well.
17 Q.  Okay. And was she perhaps a little resistant to
18     seeing points of view that were different from
19     her own?
20 A.  Yes, potentially, and that would be the extension
21     that if you don't listen that well, you -- you're
22     probably not seeing the other's point of view as
23     quickly. Probably took her longer than some
24     other people.
25 Q.  When you were at Fidelity, did you ever encounter

Miller Reporting Services
(704) 543-7103

PAGE 56

Mayar                                                    56

1      Steve Kincaid there?
2  A.  No.
3  Q.  Okay. You know now that he did work at Fidelity?
4  A.  I knew when I met him in the interview process
5      that he worked there.
6  Q.  Okay. All right. When Steve Kincaid was first
7      interviewing for the job, did you interview him?
8  A.  I met him, just like I was telling I would meet
9      anybody that was felt to be a key influential
10     person within the organization.
11 Q.  Okay. When you were going through the budgeting
12     process for 2002 in the months leading up to
13     November 2001, was it envisioned at that point
14     that the bank and CAMR in particular needed to
15     hire somebody with statistical expertise?
16 A.  We always were looking for people with
17     statistical expertise. That was what the
18     group --
19 Q.  Okay.
20 A.  -- did.
21 Q.  I'm sorry. I think I cut you off a little bit.
22     You said that was -- you started to say that was
23     what the group?
24 A.  A lot of what the group did was analysis that was
25     based on statistical methods, so that was some of

Miller Reporting Services
(704) 543-7103