# EXHIBIT 10

CAMR Turnover
As of 8.11.03

| HIERARCHY | ASSOCIATE | ETHNIC GROUP | BAND | SEX | JOB TITLE | TERM DATE | TERM CODE | V/INV | TERM REASON | AGE | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMNG....A | Kurjakovic,Vel | WHITE | H5 | M | Market Inf | 07/06/2003 | CCH | 0 | Career Change^ | 49 | 02/23/1954 |
| AMNK....A | Castor,Mary E | WHITE | H5 | F | Market Inf | 09/05/2002 | CCH | 0 | Career Change^ | 40 | 04/30/1963 |
| AMNK....A | Decker,William | WHITE | H6 | M | Market Inf | 06/08/2003 | CCH | 0 | Career Change^ | 25 | 05/12/1978 |
| AMNA....A | Baker,Erin M | WHITE | H7 | F | Executive | 10/16/2002 | TYP | 0 | Dissatisfied w/Type of Work^ | 29 | 08/19/1973 |
| AMNK....A | Richmond,Charles | WHITE | H5 | M | Marketing | 08/06/2002 | INO | 1 | Involuntary - Other* | 56 | 06/04/1947 |
| AMNG....A | Dykes,Steven M | WHITE | H5 | M | Market Inf | 05/04/2003 | PER | 0 | Personal Reasons^ | 45 | 08/04/1958 |
| AMNB....A | Carver,Jill M | WHITE | H6 | F | Market Inf | 05/16/2003 | REL | 0 | Relocation^ | 34 | 11/27/1968 |
| AMNB....A | Ordonez,Belia A | HISPANIC | H7 | F | Intern | 09/22/2002 | RTS | 0 | Return to School^ | 24 | 03/18/1979 |
| AMNG....A | Kincaid,Steven R | WHITE | H5 | M | Market Inf | 06/13/2003 | UNS | 1 | Unsatisfactory Performance* | 50 | 07/19/1953 |
| AMNG....A | Schaffer,Herman C | WHITE | H4 | M | Market Inf | 01/31/2003 | UNS | 1 | Unsatisfactory Performance* | 64 | 12/06/1938 |
| AMNG....A | Fitch,Alan D | WHITE | H4 | M | Market Inf | 01/31/2003 | UNS | 1 | Unsatisfactory Performance* | 41 | 07/12/1962 |
| AMNG....A | Giudici,Craig R | WHITE | H5 | M | Market Inf | 01/31/2003 | UNS | 1 | Unsatisfactory Performance* | 37 | 09/15/1965 |
| AMNG....A | Maggs,Cynthia J | WHITE | H5 | F | Market Inf | 02/13/2003 | VOT | 0 | Voluntary - Other^ | 35 | 12/02/1967 |
| AMNG....A | Feinberg,Louis M | WHITE | H5 | M | Market Inf | 06/15/2003 | VOT | 0 | Voluntary - Other^ | 51 | 10/15/1951 |

**Legend**
*Involuntary/Unsatisfactory Performance
^Voluntary Leave



% CAMR Turnover Breakdown (Past 12 mos.)
-Not Hoshin

- Voluntary
- Involuntary
- Other

0%
36%
64%

*handwritten: 80% >4yrs*
*handwritten: 14*
*handwritten: >40yrs N=8 57%*
*handwritten: 80%*

BofA-0117