**EXHIBIT 16**

FILE COPY

# MASON, GRIFFIN & PIERSON
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

101 POOR FARM ROAD
P.O. BOX 391
PRINCETON, NEW JERSEY 08542

TELEPHONE: (609) 921-6543
FACSIMILE: (609) 683-7978 (609) 497-3497
mgp@mgplaw.com
www.mgplaw.com

RALPH S. MASON (1913-1988)
GORDON D. GRIFFIN
KESTER R. PIERSON
EDWIN W. SCHMIERER
CRAIG H. DAVIS (1947-1997)
KRISTINA P. HADINGER
DONALD B. VEIX, JR.†
CHARLES F. HARRIS
EDMOND M. KONIN*■
VALERIE L. HOWE•
SHAWN M. NEUFELD†
CARLEEN M. STEWARD
GEORGIA M. FRASER†
TRISHKA WATERBURY†
LISA M. RANDAZZESE†
ALLISON S. ZANGRILLI†■
RAYMOND M. KANG†
PETER P. PERLA, JR.■

OF COUNSEL

WILLIAM P. DENI
32 Church Street
Flemington, NJ 08822

Telephone: (908) 782-2900
Facsimile: (908) 782-2428
E-mail: denilaw@erols.com

DEBORAH MARTIN NORCROSS■†
Princeton Office

ALSO ADMITTED IN:
†PA   ■NY
•FL   *VA

Direct Dial: (609) 436-1230
E-Mail: dmnorcross@mgplaw.com

May 20, 2003

*Via Facsimile (704) 386-1670*

Eric A. Montgomery, Esq.
Assistant General Counsel
Bank of America
Legal Department
NC1-002-29-01
101 South Tryon Street
Charlotte, NC 28255

Re:   *Steven Kincaid*

Dear Mr. Montgomery:

Thank you for your letter of April 30, 2003. I am writing to inquire about the status of your investigation. I understand Mr. Kincaid has been receiving contradictory messages from Ms. Burroughs regarding his performance since we contacted your office. He also has been asked to participate in a review by an outside consultant. In addition, although he has requested a copy of his hiring letter several times at this point, no one has provided it to him.

I am concerned that Mr. Kincaid's position not be made any more untenable than it already has become; that his reputation not be further damaged; and that he not be subjected to any form of retaliation, whether overt or subtle. I therefore would appreciate a substantive response to my April 25, 2003 letter as quickly as possible, hopefully by no later than early next week.

KI-0022

**MASON, GRIFFIN & PIERSON**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

Eric A. Montgomery, Esq.
May 20, 2003
Page 2

Thank you for your continued attention and courtesy.

Very truly yours,

MASON, GRIFFIN & PIERSON, P.C.

Deborah Martin Norcross

DMN:ld

KI-0023