UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEVEN R. KINCAID,<br><br>             Plaintiff,<br><br>      v<br><br>BANK OF AMERICA<br>CORPORATION,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 04-11522-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF DAVID J. FINE

David J. Fine states under the penalties of perjury

1. am counsel for the plaintiff in this action.  I submit this Affidavit in opposition to Defendant's Motion for Summary Judgment.

2. am attaching as exhibits to this affidavit true copies of the following:

   Exhibit 1   The Personnel Center's "Perf Mgmt - Steven Kincaid" Memorandum, BA 111-115

   Exhibit 2:  Associate Counseling memorandum, marked as Kincaid Exhibit 9

   Exhibit 3:  Performance Plan & Evaluation Form, marked as Kincaid Exhibit 8

   Exhibit 4:  Overall Rating page, marked as Burroughs Exhibit 2

   Exhibit 5:  Excerpts from the Sheila Burroughs deposition

| | |
|---|---|
| Exhibit 6 | Excerpts from the Alec Kotopoulos deposition |
| Exhibit 7 | Organizational Chart (BA 233) |
| Exhibit 8 | Excerpts from the Vipin Mayar deposition |
| Exhibit 9 | Excerpts from the Elizabeth Janak deposition |
| Exhibit 10 | "CAMR Turnover As of 8.11.03" table and graph (BA 17) |
| Exhibit 11 | 8/18/03 e-mails from Janak to Kotopoulos and Kotopoulos to Janak (BA 116) |
| Exhibit 12 | Expert Report of Joel P. Wiesen, Ph.D |
| Exhibit 13 | Bank's Sexual Harassment and Discrimination Policy (BA 24) |
| Exhibit 14 | Letter dated 4/25/03 from Deborah Martin Norcross to J Steele Alphin |
| Exhibit 15 | Letter dated 4/30/03 from Eric A. Montgomery to Deborah Martin Norcross |
| Exhibit 16 | Letter dated 5/20/03 from Deborah Martin Norcross to Eric A. Montgomery |
| Exhibit 17 | Excerpts from the Eric Montgomery deposition |
| Exhibit 18 | Letter dated 9/8/03 from Mark C. Noble to Equal Employment Opportunity Commission |
| Exhibit 19 | Excerpts from the Steven Kincaid deposition |

Signed under the penalties of perjury this 28th day of November 2005

_/s/ David J. Fine_
David J. Fine

<u>Certificate of Service</u>

    I hereby certify that I have this day served the foregoing by causing true copies thereof to be transmitted electronically and mailed, first class postage prepaid, to Siobhan M. Sweeney, Esq., Edwards & Angell, LLP, 101 Federal Street, Boston, Massachusetts 02110 and Mark A. Pogue, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, Rhode Island, 02903, attorneys for defendant.

Dated: November 28, 2005

_/s/ David J. Fine_
David J. Fine