UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN R. KINCAID,<br><br>Plaintiff,<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-11522-WGY<br>)<br>)<br>)<br>)<br>) |

## STIPULATION EXTENDING CERTAIN DEADLINES

The parties hereby stipulate and agree that:

The time for defendant to serve its expert reports is extended from December 9, 2005 to December 16, 2005; and

2. The time for defendant to serve and file its reply papers, if any, in support of its pending Motion For Summary Judgment is extended from December 7, 2005 to and including December 14, 2005.

Dated: December 7, 2005

_____
Mark A. Pogue, BBO No. 550807
EDWARDS ANGELL PALMER &
  DODGE, LLP
2800 Financial Plaza
Providence, RI  02903
(401) 274-9200

*Attorneys for Defendant*

_____
David J. Fine, BBO No. 165120
Law Offices of David J. Fine
3 Center Plaza, Suite 400
Boston, MA  02108-2003
(617) 720-2941

*Attorney for Plaintiff*