**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
NO. 04 CV 11522 (JLT)

| | |
|---|---|
| STEVEN R. KINCAID,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>) SUPPLEMENTAL RULE 26(a)(1)<br>)　　INITIAL DISCLOSURES<br>)<br>)<br>)<br>)<br>) |

Bank of America Corporation (hereafter "Defendant") makes the following supplemental initial disclosures pursuant to Rule 26(e) of the Federal Rules of Civil Procedure:

A.　The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying subjects of the information;

**RESPONSE:**

　　1.　Sheila K. Burroughs
　　　　Market Information Manager
　　　　IJL Building
　　　　201 North Tryon Street
　　　　Charlotte, North Carolina 28255
　　　　(May only be contacted through Defendant's counsel)

　　Ms. Burroughs may have knowledge of Plaintiff's assignments and performance while Plaintiff was employed by Defendant. Additionally, Ms. Burroughs may have knowledge of the allegations in Plaintiff's Complaint.

　　2.　Susan Haloulos
　　　　Market Information Manager
　　　　Greenville Plaza

        7 North Laurens Street
        Greenville, South Carolina 29601
        (May only be contacted through Defendant's counsel)

    Ms. Haloulos is a co-employee from Plaintiff's former work group and may have knowledge of Plaintiff's performance and ability to work on a team.

3.     Allison Hart
        Marketing Product Manager
        IJL Building
        201 North Tryon Street
        Charlotte, North Carolina 28255
        (May only be contacted through Defendant's counsel)

    Ms. Hart is a co-employee from Plaintiff's former work group and may have knowledge of Plaintiff's performance and ability to work on a team.

4.     LeRoy Leiker
        Market Information Manager
        Bank of America Corporate Center
        100 North Tryon Street
        Charlotte, North Carolina 28255
        (May only be contacted through Defendant's counsel)

    Mr. Leiker is a co-employee from Plaintiff's former work group and may have knowledge of Plaintiff's performance and ability to work on a team.

5.     Vipin Mayar
        One Independence Center
        101 North Tryon Street
        Charlotte, North Carolina
        (May only be contacted through Defendant's counsel)

    Mr. Mayar was Plaintiff's indirect supervisor and may have knowledge of the decision to terminate Plaintiff and to disband the Customer Analysis Modeling & Research Department.

6.     Rick McFarland
        1219 S. Wendover Road
        Charlotte, North Carolina 28211

    Mr. McFarland is a former employee of Bank of America and was a co-worker of Plaintiff. Mr. McFarland may have knowledge of Plaintiff's performance and relationships with co-workers.

7.  Kimela Heenan
    10860 Painted Tree Road
    Charlotte, North Carolina 28226

Ms. Heenan was a recruiter for Bank of America and may have knowledge about the Market Manager position.

8.  Elizabeth Janak
    5 Canada Square
    London
    5AQE14
    United Kingdom
    (May only be contacted through Defendant's counsel)

Ms. Janak may have knowledge of the Plaintiff's termination and terminations of other employees within Plaintiff's department.

9.  Martha W. Moore
    Legal Department, NC1-002-29-01
    101 South Tryon Street
    Charlotte, NC 28255
    (May only be contacted through Defendant's counsel)

Ms. Moore may have knowledge of the investigation conducted by Bank of America after receiving correspondence from Plaintiff's attorney.

This the 8th day of September 2005.

_____
Richard F. Kane (admitted pro hac vice)
Steven T. Ackermann (admitted pro hac vice)
McGuireWoods LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, North Carolina 28210
Telephone: 704.373.8999
Facsimile: 704.373.8827

3

George P. Kostakos
Edwards & Angell, LLP
2800 Financial Plaza
Providence, Rhode Island  02903
Telephone:  401.528.5864
Facsimile:  401.276.6611

**Attorneys for Bank of America, N.A.**

4