# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04-11522-WGY

STEVEN R. KINCAID,            )
                              )
          PLAINTIFF,          )
                              )
     VS.                      )
                              )
BANK OF AMERICA               )
CORPORATION,                  )
                              )
          DEFENDANT.          )

## DEPOSITION

OF

### SHEILA K. BURROUGHS

AT CHARLOTTE, NORTH CAROLINA

JUNE 1, 2005

REPORTER: IRA ANDERSON
          NOTARY PUBLIC





PO Box 471222
Charlotte, NC
28247

(704) 543-7103

Miller Reporting Services

```
 1          Glen Grazier been working?
 2   A.     I don't know.
 3   Q.     Had he been working at the bank?
 4   A.     I don't think so.
 5   Q.     And when was Alison Hart replaced?
 6   A.     I don't know.
 7   Q.     Other than talking to Mr. Kotopoulos, did you
 8          talk to anybody else at the bank about
 9          terminating Mr. Kincaid's employment?
10   A.     I spoke with the personnel center.
11   Q.     And who at the personnel center did you speak
12          to?
13   A.     I spoke to a number of different agents there,
14          I'm not sure of all their names.
15   Q.     Okay.  What are the names that you remember
16          that you spoke to?
17   A.     I remember Onya and I remember Andrea; that's
18          all I remember.
19   Q.     And what did you speak to Onya and Andrea
20          about?
21   A.     The initial conversations were regarding
22          counseling Mr. Kincaid, ensuring that I was
23          delivering the messages appropriately and
24          properly, and I also discussed with them the
25          appropriate process for the actual
```

```
 1              termination.
 2     Q.       Okay.  And when, how much before the
 3              termination day did you speak to Onya and
 4              Andrea?
 5     A.       I don't know which dates I actually spoke to
 6              which of those folks.  I spoke with someone
 7              either the day before termination or the day
 8              of, right near it.  I had been speaking with
 9              them since prior to the memo that we gave him
10              in April.
11     Q.       You had been speaking with them since prior to
12              the memo?
13     A.       Yes.
14     Q.       About terminating him?
15     A.       No, no, no.  Their an advice and counsel area
16              for coaching and performance management, so I
17              had been speaking with them about the
18              coaching, ensuring I was delivering
19              appropriate messages that would be
20              understandable, that I was characterizing my
21              expectations properly; counseling me to make
22              sure I was coaching effectively.
23     Q.       Okay.  How can I find out Onya and Andrea last
24              names?
25     A.       At the personnel center.
```