UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEVEN R. KINCAID, | ) ) ) | |
| Plaintiff, | ) ) | CA No. 04 CV 11522 WGY |
| vs. | ) ) | |
| BANK OF AMERICA CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION FOR LEAVE TO UTILIZE
PREVIOUSLY DISCLOSED TREATMENT NOTES AND
TO QUESTION PLAINTIFF'S PSYCHIATRIST REGARDING SUCH NOTES**

**INTRODUCTION**

Defendant Bank of America Corporation ("Bank of America" or "the Bank") hereby moves for leave to utilize previously disclosed psychiatric treatment notes pertaining to the Plaintiff, and to question Plaintiff's psychiatrist regarding those records, during the trial of this case.

In support of this motion, the Bank states that it should be permitted to use the notes in this manner because Plaintiff has waived the psychotherapist-patient privilege by (1) placing his mental state at issue in this litigation and claiming more than "garden variety" emotional distress; (2) providing a written authorization for the use and disclosure of the notes in question; (3) testifying with regard to the notes and associated counseling session with his psychiatrist; and (4) failing to establish that his waiver was vitiated because of fraud, incapacity or duress.

In further support of this motion, the Court is respectfully referred to the accompanying memorandum, and the Affidavit of Richard Kane.

## REQUEST FOR HEARING

The Bank requests a hearing on this motion.

        BANK OF AMERICA CORPORATION,
        Defendant
        By its attorneys,


        /s/Siobhan Sweeney
        Siobhan Sweeney
        BBO No. 562118
        Mark Pogue
        BBO No.
        Edwards Angell Palmer & Dodge, LLP
        101 Federal Street
        Boston, MA 02110
        Phone:    617.439.4444
        Fax:    617.439.4170

        Richard F. Kane (admitted pro hac vice)
        Steven T. Ackermann (admitted pro hac vice)
        McGuireWoods LLP
        Bank of America Corporate Center
        100 North Tryon Street, Suite 2900
        Charlotte, North Carolina 28210
        Telephone:    704.373.8999
        Facsimile:    704.373.8827

Dated: January 4, 2006.

### Certification of Conference Pursuant to LR 7.1

I hereby certify that prior to filing, the parties, through their counsel, have conferred with respect to Defendant's Motion For Leave To Utilize Previously Disclosed Treatment Notes And To Question Plaintiff's Psychiatrist Regarding Those Notes, and the issues raised therein, in an effort to narrow the areas of disagreement.

        /s/ Siobhan Sweeney

Case 1:04-cv-11522-WGY    Document 56    Filed 01/04/2006    Page 3 of 3