UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2006 JAN -4  P 5: 28

| | |
|---|---|
| STEVEN R. KINCAID, ) | |
| ) | |
| Plaintiff, ) | CA No. 04 CV 11522 WGY |
| ) | |
| vs. ) | |
| ) | |
| BANK OF AMERICA CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR PERMISSION TO FILE TREATMENT NOTES UNDER SEAL

Defendant Bank of America Corporation ("Bank of America" or "the Bank") hereby moves for permission to file treatment notes under seal. The Bank states that said treatment notes (the "Notes") are presently the subject of its motion for leave to utilize previously disclosed psychiatric treatment notes pertaining to the Plaintiff, and to question the Plaintiff's psychiatrist regarding those Notes, during the trial of this case ("Motion").

Out of an abundance of caution, the Bank requests the Court's permission to file these Notes contemporaneously with its Motion, but under seal. Accordingly, the Bank attaches the Notes hereto in a separate, sealed envelope marked as Exhibit 1. If the Court grants the Banks Motion, and allows the use of previously disclosed psychiatric treatment notes pertaining to Plaintiff, and to question Plaintiff's psychiatrist regarding those Notes, during trial of this case, the Bank respectfully requests that the Court unseal the Notes for use in this case.

BANK OF AMERICA CORPORATION,
Defendant
By its attorneys,


/s/Siobhan Sweeney
Siobhan Sweeney
BBO No. 562118
Mark Pogue
BBO No.
Edwards Angell Palmer & Dodge, LLP
101 Federal Street
Boston, MA 02110
Phone:      617.439.4444
Fax:         617.439.4170

Richard F. Kane (admitted pro hac vice)
Steven T. Ackermann (admitted pro hac vice)
McGuireWoods LLP
Bank of America Corporate Center
100 North Tryon Street, Suite 2900
Charlotte, North Carolina 28210
Telephone:   704.373.8999
Facsimile:    704.373.8827

Dated: January 4, 2006.

Certification of Conference Pursuant to LR 7.1

I hereby certify that prior to filing, the parties, through their counsel, have conferred with respect to Defendant's Motion For Permission To File Treatment Notes Under Seal and the issues raised therein, in an effort to narrow the areas of disagreement.


/s/ Siobhan Sweeney

2