**6/2/2005  9:08 AM  Alec Kotopoulos**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN R. KINCAID, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | )  04-11522-WGY |
| BANK OF AMERICA CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

D E P O S I T I O N

OF

ALEC KOTOPOULOS

At Charlotte, North Carolina

June 2, 2005

Reporter:  Christine A. Taylor

Notary Public

1

**6/2/2005  9:08 AM  Alec Kotopoulos**

```
                A P P E A R I N G
For the Plaintiff:     DAVID J. FINE, ESQ.

                       Law Offices of David J. Fine

                       Suite 400

                       Three Center Plaza

                       Boston, Massachusetts  02108

For the Defendant:     RICHARD F. KANE, ESQ.

                       McGuireWoods, LLP

                       Suite 2900

                       100 North Tryon Street

                       Charlotte, North Carolina  28202

Also Present:          Steven Kincaid

                       * * * *

                       I N D E X

                                                   PAGE

Examination By Mr. Fine                              3

            E X H I B I T S

         (No exhibits were marked.)
```

**6/2/2005  9:08 AM  Alec Kotopoulos**

1      This is the deposition of ALEC KOTOPOULOS, taken
2  in accordance with the Federal Rules of Civil Procedure
3  in connection with the above case.
4      Pursuant to Notice, this deposition is being taken
5  in the Law Offices of Hamilton, Fay, Moon, Stephen,
6  Steele & Martin, 2020 Charlotte Plaza, 201 South College
7  Street, Charlotte, North Carolina, beginning at 9:08 a.m.
8  on June 2, 2005, before CHRISTINE A. TAYLOR, Notary
9  Public.
10     ALEC KOTOPOULOS, upon first being duly
11 sworn, testified as follows:
12                EXAMINATION BY MR. FINE
13     Q.   Please state your full name.
14     A.   Alec Kotopoulos.
15     Q.   Could you spell the last name?
16     A.   K-o-t-o-p-o-u-l-o-s.
17     Q.   Where do you reside?
18     A.   In Charlotte, North Carolina.
19     Q.   How are you employed?
20     A.   I'm not.
21     Q.   When is the last time you were employed?
22     A.   With Bank of America.  So that would have
23 been 2004.