10/17/2005  11:08 AM  Alec Kotopoulos Volume II

VOL. II

PAGES 178-314

EXHIBITS 1-8

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11522-WGY

STEVEN R. KINCAID            )
                             )
     Plaintiff,              )
                             )
     vs                      )
                             )
BANK OF AMERICA              )
CORPORATION,                 )
                             )
     Defendant.              )

CONTINUED VIDEOTAPED DEPOSITION OF ALEC KOTOPOULOS, taken on behalf of the plaintiff, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Patricia L. Henneberry a Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at The Law Office of David J. Fine 3 Center Plaza, Boston, Massachusetts, on Monday, October 17, 2005 commencing at 11:08 a.m.

1

**10/17/2005  11:08 AM  Alec Kotopoulos Volume II**

APPEARANCES:

    Law Office of David J. Fine, (by David J. Fine, Esq.), 3 Center Plaza, Suite 400, Boston, Massachusetts, 02108, for the plaintiff.

    Edwards & Angell, LLP, (by Siobhan M. Sweeney, Esq.), 101 Federal Street, Boston, Massachusetts, 02110, for the defendant.

    ALSO PRESENT: National Video Reporters, Inc., (Adam Cook, Legal Video Specialist), 58 Batterymarch Street, Suite 243, Boston, Massachusetts, 02110.

I N D E X

| Deposition of: | Page |
|---|---|
| ALEC KOTOPOULOS | |
|     Examination by Mr. Fine | 182 |

| Exhibits | Page |
|---|---|
| No. 1  Sheila Burroughs Job Bids Page/Summary Bates Nos. 672 to 674 | 183 |
| No. 2  Allison Hart Job Bids Page/Summary Bates Nos. 669 to 671 | 189 |

I N D E X (Continued)

| Exhibits | | Page |
|---|---|---|
| No. 3 | Letter dated August 20, 2002 To Alec Kotopoulos From Patrick Wright with attachments Bates Nos. 906 to 929 | 192 |
| No. 4 | Letter dated June 3, 2004 to Eric Montgomery from Vicki B. Rowan with attachments Bates Nos. 659 to 668 | 236 |
| No. 5 | E-mail dated November 6, 2002 to Vipin Mayar from Erik Fine with attachment Bates Nos. 903 to 905 | 255 |
| No. 6 | E-mail dated August 18, 2003 to Elizabeth Janak from Alec Kotopoulos Bates No. 116 | 277 |
| No. 7 | CAMR Turnover as of August 11, 2003 Bates No. 117 | 278 |
| No. 8 | Service Request Activity (All) consisting of five pages | 284 |

10/17/2005  Alec Kotopoulos Volume II

```
 1    Q.   Give me an example of a particular client
 2   person who said something negative about Mr.
 3   Kincaid's performance?
 4    A.   Not directly to me.  Talk to Ms. Burroughs
 5   because I'm sure it happened.
 6    Q.   Okay.  But as you sit here today testifying
 7   under oath --
 8    A.   Yes.
 9    Q.   -- you can't come up with a single thing?
10    A.   No.  Because I let my managers manage.
11    Q.   One of the documents I showed you was a
12   document with regard to Allison Hart.  It
13   indicates Allison Hart initiated a request to
14   leave the Customer Satisfaction Unit April 9,
15   2003.
16             That happened to be just about the
17   time that you and Ms. Burroughs were deciding to
18   give a negative performance review to Mr. Kincaid;
19   is that a coincidence?
20    A.   No idea.
21             MR. FINE:  That completes my
22   questioning.
23             (Whereupon the videotaped deposition
24   was concluded at 2:18 p.m.)
```

```
1            C E R T I F I C A T E
2            I, ALEC KOTOPOULOS, do hereby certify
3    that I have read the foregoing transcript of my
4    testimony and further certify under the pains and
5    penalties of perjury that said transcript is a
6    true and accurate record of said testimony.
7            Dated on this              day of
8                            , 2005.
9                  ALEC KOTOPOULOS
10                 SIGNED UNDER THE PAINS
11                 AND PENALTIES OF PERJURY
```