UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN R. KINCAID,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA<br>CORPORATION,<br><br>        Defendant. | Civil Action No. 04-11522-WGY |

PLAINTIFF'S NOTICE OF DEPOSITION OF ALEC KOTOPOULOS

To:  Richard F. Kane, Esq.                          George P. Kostakos, Esq.
     Steven T. Ackermann, Esq.                      Edwards & Angell, LLP
     McGuire Woods LLP                              2800 Financial Plaza
     Bank of America Corporate Center               Providence, Rhode Island 02903
     100 North Tryon Street, Suite 2900
     Charlotte, North Carolina 28202

Attorneys for Defendant

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30 and 45, plaintiff will take the deposition upon oral examination, before a Notary Public or other officer authorized to administer oaths, of Alec Kotopoulos who, on information and belief, currently resides at 1707 Bardstown Road, Charlotte, North Carolina 28226. The deposition will commence on June 2, 2005 at 9:00 a.m. at the offices of Hamilton Fay Moon Stephen Steele & Martin, PLLC, 2020 Charlotte Plaza, 201 South College Street, Charlotte, North Carolina 28244-2020.

The deposition testimony will be recorded by stenographic means.

You are invited to attend and cross-examine.

The deposition will continue from day to day until completed.

Dated: May 25, 2005

*/s/ David J. Fine*

David J. Fine, BBO #165120
Law Offices of David J. Fine
3 Center Plaza, Suite 400
Boston, MA 02108-2003
(617) 720-2941

Attorney for Plaintiff

### Certificate of Service

I hereby certify that I have this day served the foregoing by causing true copies thereof to be telecopied and mailed, first class postage prepaid to, Richard F. Kane and Steven T. Ackermann, Esqs., McGuire Woods LLP, Bank of America Corporate Center, 100 North Tryon Street, Suite 2900, Charlotte, NC 28202, and to George P. Kostakos, Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903, attorneys for defendant.

Dated: May 25, 2005

*/s/ David J. Fine*

David J. Fine