UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-11522-WGY</u>

KINCAID
Plaintiff

v.

BANK OF AMERICA
Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

YOUNG, D.J.

    The Court having been advised on 1/23/06 that the above-entitled action has been settled:
IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty five (45) days if settlement is not consummated.

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

January 23, 2006

To: All Counsel