UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
NO. 04 CV 11522 (JLT) WGY

| | |
|---|---|
| STEVEN R. KINCAID, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BANK OF AMERICA CORPORATION, | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

The undersigned counsel hereby notifies this Court and counsel for all parties of their appearance in the above-captioned action on behalf of BANK OF AMERICA CORPORATION.

Respectfully submitted,

Mark A. Pogue (Bar No. 550807)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Phone: 401.276.9200

Dated: January 19, 2006        Fax:   401.276.6611

**Attorneys for Bank of America, N.A.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "Notice of Appearance" has been served via Federal Express to:

> David J. Fine, Esquire
> Law Offices of David J. Fine
> 3 Center Plaza, Suite 400
> Boston, MA  02108-2003

This the 19th day of January 2006.

_____
Mark A. Pogue